UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 17-11256-RWZ


CUMMINGS PROPERTIES, LLC

v.

PUBLIC SERVICE INSURANCE CO.


MEMORANDUM OF DECISION

May 2, 2018


ZOBEL, S.D.J.

Defendant's most recent status report (Docket # 26) notwithstanding, the temporary stay was already lifted as of February 28, 2018 (Docket # 23). Eight months' postponement has yielded few developments in the state proceedings, and abstention is neither necessary nor appropriate. See Fragoso v. Lopez, 991 F.2d 878, 882 (1st Cir. 1993); Sevigny v. Employers Ins. of Wausau, 411 F.3d 24, 29 (1st Cir. 2005). For substantially the reasons stated in plaintiff's memorandum in opposition (Docket # 11) to defendant's motion for stay (Docket # 7), that motion is DENIED.

Any dispositive motions shall be filed on or before May 30, 2018, with opposition to follow by June 20, 2018. The court will decide the matter on the papers unless either party requests a hearing.

_____May 2, 2018_____          _____/s/Rya w. Zobel_____

        DATE                                    RYA W. ZOBEL
                                    SENIOR UNITED STATES DISTRICT JUDGE