UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CUMMINGS PROPERTIES, LLC
    Plaintiff(s)

v.                                 CA ACTION NO. 17CV11256-RWZ

PUBLIC SERVICE INC., CO.
    Defendant(s)

## JUDGMENT

ZOBEL, D.J.

[ ]     **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Judgment is entered for defendants on Counts I and II.

ROBERT FARRELL, CLERK

Dated: 11/26/18                                                  s/ Lisa A. Urso
                                                                             ( By ) Deputy Clerk